No Opinions Filed Today